*Hobson,* 866 F.2d 1398, 1401 (Fed.Cir. 1989). Absent an independent source of jurisdiction over the underlying agency action, the Board is not permitted to entertain an appeal of the removal action or of any related statutory or constitutional claims. *See Saunders v. Merit Sys. Prot. Bd.,* 757 F.2d 1288, 1290 (Fed.Cir.1985). Mr. Hubbard's arguments go to the merits of the removal decision, but because the Board lacked jurisdiction over his appeal, it was without authority to address those arguments. And because the Board lacked jurisdiction to address the merits of his claims, we likewise are barred from addressing those claims. Accordingly, we affirm the Board's dismissal of Mr. Hubbard's appeal for lack of jurisdiction.

Department of Justice, of Washington, DC, filed a petition for panel rehearing for defendant-appellant. With him on the petition were Michael F. Hertz, Acting Assistant Attorney General, and Jeanne E. Davidson, Director.

Adam P. Feinberg, Miller & Chevalier Chartered, of Washington, DC, filed a response to the petition for plaintiff-appellee.

Before NEWMAN, MAYER, and SCHALL, Circuit Judges.

## ORDER

The petition for panel rehearing is granted to the extent of the "errata" sheet issued concurrently herewith.

---

**AMERICAN AIRLINES, INC.,**
**Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

**No. 2007–5174.**

United States Court of Appeals,
Federal Circuit.

April 6, 2009.

James W. Poirer, Trial Attorney, Commercial Litigation Branch, United States

---

**Darlene COOLEY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND**
**SECURITY, Respondent.**

**No. 2008–3347.**

United States Court of Appeals,
Federal Circuit.

April 7, 2009.

Lloyd Edward Tooks, of San Diego, CA, argued for petitioner.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil